IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR90 |
| Plaintiff, | ) ) ) | |
| v. | ) | ORDER |
| ANTWAN D. WILLIAMS, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's unopposed oral motion for a continuance based on an intention to enter into a plea agreement. Counsel represents that an affidavit in conformity with NECrimR 12.1(A)(1)-(3) will be filed. The court finds the ends of justice will be served by a continuance and outweigh the best interest of the public and the defendant in a speedy trial. Failure to grant the motion would deny the defendant reasonable time necessary to effectively negotiate or finalize a plea agreement. See 18 U.S.C. § 3162(h)(8)(A) & (B)(iv); ***Zedner v. United States,*** --- S. Ct. ---, 2006 WL 1519360 (June 05, 2006). Accordingly,

IT IS ORDERED that:

1. A change of plea hearing is set for **July 24, 2006, at 1:00 p.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. The time between **June 19, 2006,** and **July 24, 2006,** is deemed **excludable** time in any computation of time under the Speedy Trial Act.

DATED this 19th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge