IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CR90 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTWAN D. WILLIAMS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

    Before the Court is defendant's Motion to Review Conditions of Pretrial Release [35]. Pretrial Services is ordered to investigate the proposed release plan and provide a copy to the Court and counsel on or before July 3, 2006.

    IT IS SO ORDERED.

    DATED this 26th day of June, 2006.

                                              BY THE COURT:

                                              s/ F.A. Gossett
                                              United States Magistrate Judge