IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| Plaintiffs, | ) | 8:06CR90 |
| v. | ) | |
| ANTWAN D. WILLIAMS, | ) | ORDER |
| Defendants. | ) | |

Before the Court is defendant's Motion to Review Conditions of Pretrial Release [35].   A Consent to Modify Conditions of Release [39] was entered on June 28, 2006. For the reason, the defendant's Motion to Review Conditions of Pretrial Release [35] is granted.

IT IS SO ORDERED.

DATED this 29th day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge