IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR90 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTWAN D. WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the motion to withdraw as counsel filed by Jessica P. Douglas, attorney for Antwan Williams (Filing No. 71). Under 21 U.S.C. § 841(b)(1)(A)(iii), the defendant is subject to a ten-year minimum sentence and, therefore, his sentence of 120 months is the lowest possible sentence under the requirements of the statute. The recent changes to the sentencing guidelines do not permit the court to enter a sentence lower than the statutory requirements, and thus, the defendant is not entitled to a sentence reduction. Because there are no non-frivolous claims for relief, Jessica P. Douglas's motion to withdraw is granted.

IT IS ORDERED that the motion to withdraw as attorney (Filing No. 71) is granted.

DATED this 19th day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge